IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARYL BLYDEN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00201 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LESLIE FLEMING, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the court upon Blyden's motion (Docket No. 6) to compel the defendants to provide him with their full names and addresses so that he may accomplish service of the complaint on them. Inasmuch as the defendants have now waived service and counsel has entered an appearance on their behalf, it is hereby **ORDERED** that Blyden's motion is **DENIED as moot**.

The Clerk is directed to send copies of this Order to the parties.

    Enter: June 29, 2016

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States Magistrate Judge