IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARYL E. BLYDEN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00201 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 23) is **GRANTED in part** as to Blyden's claims against defendants Clarke, Robinson, Jabe, Fleming, and Combs, and **DENIED in part** as to Blyden's excessive force claim against defendant Gunter; defendants' motion for a protective order (Docket No. 19) is **DENIED**; and Blyden's motion for summary judgment (Docket No. 21) is **DENIED**. The Clerk shall **TERMINATE** Clarke, Robinson, Jabe, Fleming, and Combs as defendants to this action. This matter will be set for trial by separate order.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This __7th__ day of February, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE